**Wade STEPHNEY, Jr., Plaintiff–Appellant,**

**v.**

**COLUMBUS COUNTY; Columbus County Detention Center, Defendants–Appellees.**

No. 06–7510.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 21, 2006.

Wade Stephney, Jr., Appellant Pro Se. James Redfern Morgan, Jr., Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina, Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, North Carolina, for Appellees.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Stephney, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stephney v. Columbus County,* No. 5:05–ct–00606–FL (E.D.N.C. Aug. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*